No. A-CV-14-80

COURT OF APPEALS OF THE NAVAJO NATION

July 23, 1980

Janett NASWOOD, Appellant,

vs.

FOREMOST FINANCIAL SERVICES CORPORATION, Appellee.

ORDER OF DISMISSAL

Elwood H. Austin, Esq., Shiprock, Navajo Nation (New Mexico), for Appellee and Albert Hale, Esq., Hale, Chapela, Chato and Yazzie, Window Rock, Navajo Nation (Arizona), for Appellants.

The Chief Justice of the Navajo Nation, having reviewed the file in the above entitled matter pursuant to Title 7, Section 801, of the Navajo Tribal Code, this appeal is HEREBY DISMISSED on the ground that Appellant has not complied with Rule 6(a) of the Navajo Court Rules of Appellate Procedure because the notice of appeal was not served upon opposing counsel by certified mail or personal service.